UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OLIVARIO ROJAS-VARRILLAS,<br><br>    Defendant. | Case No. 2:25-mj-00761-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, February 10, 2026, at 2:00 p.m. be vacated and continued to Monday, March 2, 2026 at the hour of 10:00 a.m.

    DATED this 10th of December 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3